MARY MURPHY, Appellant, *v.* MONTGOMERY WARD & COMPANY, INC., Respondent.

JOSEPH R. MURPHY, Appellant, *v.* MONTGOMERY WARD & COMPANY, INC., Respondent.

Submitted March 15, 1948; decided March 18, 1948.

*Eugene.F. Sullivan* for motion.

*Leyden E. Brown* opposed.

Motion granted upon payment by plaintiff, within ten days, of. $25 costs and disbursements; otherwise motion denied, with $10 costs.